McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULAIKI MASWARA, ) | No. 07-F-CV-847-LJO-NEW |
| Plaintiff, ) | ORDER |
| v. ) | |
| Michael Chertoff, Secretary of Homeland Security, et al. ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the defendants' motion, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of the order of remand.

The parties shall file a Joint Status Report in 60 days indicating whether the application for naturalization was adjudicated. If the application was not adjudicated, the parties shall request a scheduling conference to move forward with proceedings in this case. If the Joint Status Report indicates that the application was adjudicated, or if no Joint Status Report is filed, this case will be closed immediately after the expiration of the 60 days.

IT IS SO ORDERED.

Dated:  August 14, 2007            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE